# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Miami-Dade District of Florida

Case Number: 22-CV-23543-RKA

Plaintiff:
**Malvin Garnet, NCG, Minor**

vs.

Defendants:
**Yasmin Morshedian; Marie Liautaud; Judge George Sardy; Leslie Puzo; General Magistrate Carlos Fernandez; Priscille Duvalsaint; Diksha Mehan Sharma**

For:
Malvin Garnett
437 SW 3 Street, #4
Miami, FL 33130

FILED BY R.P.B. D.C.

Received by Miami PSPI, LLC on the 8th day of November, 2022 at 1:35 pm to be served on **General Magistrate Carlos Fernandez, 175 NW 1 Avenue, #1726, Miami, FL 33128**.

I, Joseph Onega, do hereby affirm that on the **16th day of December, 2022** at **12:45 pm**, I:

**SERVED** an **authorized individual** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ORDER IN CASES WITH MULTIPLE DEFENDANTS, and AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS** with the date and hour of service endorsed thereon by me, to: **CHERYL ROBINSON, as administrative assistant to Patricia Gladson General Counsel** as **Employee Authorized To Accept Service** at the address of: **175 NW 1 Avenue, Room 3033, Miami, FL 33128**, who stated they are authorized to accept service for **Carlos Fernandez**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/22/2022  12:00 pm  Attempted service at 175 NW 1 Avenue, #1726, Miami, FL 33128. The office is locked. No one is present. The floor hallways are empty.
11/28/2022  9:24 am  Attempted service at 175 NW 1 Avenue, #1726, Miami, FL 33128,. The office is locked. No answer when I knock. No one is present.
12/2/2022  2:50 pm  Attempted service at 175 NW 1 Avenue, #1726, Miami, FL 33128. The office is locked. No one is present. Security in the lobby has no information about Carlos Fernandez's working hours or when he is in the office.
12/14/2022  9:45 am  Attempted service at 175 NW 1 Avenue, #1925, Miami, FL 33128. The door is locked. No answer.
12/14/2022  10:27 am  Attempted service at 175 NW 1st Ave., Room 3033, Miami, FL 33128. This is the office of Patricia Gladson. She is not here. I'm told at the reception desk that she will likely be in tomorrow mid morning.
12/16/2022  12:45 pm  Served Cheryl Robinson, as administrative assistant to Patricia Gladson General Counsel, at 175 NW 1st Ave., Room 3033, Miami, FL 33128. Served in this manner per the plaintiff's request.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 135, Hair: Black, Glasses: Y

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

Joseph Onega
CPS 1861; SPS 1253

Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2022001902

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Miami-Dade District of Florida

R.P.B.

Case Number: 22-CV-23543-RKA

Plaintiff:
**Malvin Garnet, NCG, Minor**

vs.

Defendants:
**Yasmin Morshedian; Marie Liautaud; Judge George Sardy; Leslie Puzo; General Magistrate Carlos Fernandez; Priscille Duvalsaint; Diksha Mehan Sharma**

For:
Malvin Garnett
437 SW 3 Street, #4
Miami, FL 33130

Received by Miami PSPI, LLC on the 8th day of November, 2022 at 1:35 pm to be served on **Yasmin Morshedian, 1 East Broward Boulevard, #700, Fort Lauderdale, FL 33301**.

I, Joseph Onega, do hereby affirm that on the **22nd day of December, 2022** at **11:05 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ORDER IN CASES WITH MULTIPLE DEFENDANTS, and AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS** to: **Alexa Salazar, receptionist at the virtual office**, a person in charge of the private mailbox, virtual office, or executive office or mini suite at the address of: **1 East Broward Boulevard, #700, Fort Lauderdale, FL 33301**; after determining that the person to be served maintains a mailbox, a virtual office, or an executive office or mini suite at that location, in compliance with FL Statute §48.031(6).

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Black, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

Joseph Onega
CPS 1861; SPS 1253

Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2022001897

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Miami-Dade District of Florida



Case Number: 22-CV-23543-RKA

Plaintiff:
**Malvin Garnet, NCG, Minor**

vs.

Defendants:
**Yasmin Morshedian; Marie Liautaud; Judge George Sardy; Leslie Puzo; General Magistrate Carlos Fernandez; Priscille Duvalsaint; Diksha Mehan Sharma**

For:
Malvin Garnett
437 SW 3 Street, #4
Miami, FL 33130

Received by Miami PSPI, LLC on the 8th day of November, 2022 at 1:35 pm to be served on **Judge George Sarduy, 175 NW 1 Avenue, #1925, Miami, FL 33128**.

I, Joseph Onega, do hereby affirm that on the **16th day of December, 2022** at **12:45 pm, I:**

**SERVED** an **authorized individual** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, ORDER IN CASES WITH MULTIPLE DEFENDANTS, and AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS** with the date and hour of service endorsed thereon by me, to: **CHERYL ROBINSON, as administrative assistant to Patricia Gladson General Counsel** as **Employee Authorized To Accept Service** at the address of: **175 NW 1 Avenue, Room 3033, Miami, FL 33128**, who stated they are authorized to accept service for **George Sarduy**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/22/2022  11:50 am  Attempted service at 175 NW 1 Avenue, #1925, Miami, FL 33128. The judge chamber door is locked. No answer. I asked several people in the hallway about where I can find the judge but none have any information. The judges name is George Sarduy
11/28/2022  9:09 am  Attempted service at 175 NW 1 Avenue, #1925, Miami, FL 33128. The office is locked. No one has information. The hallway is empty
12/2/2022  3:05 pm  Attempted service at 175 NW 1 Avenue, #1925, Miami, FL 33128. The office is locked. No one is present. The security in the lobby has no information.
12/6/2022  2:26 pm  Per the Plaintiff, for the final attempt, serve Patricia Gladson, Office Of Gen. Counsel, 11th Jud Cir Ct. Lawson E Thomas Courthouse Center, Room 3033, 175 NW 1st Ave., Miami, FL 33128. This is for Judge Sarduy (2022001903) and Magistrage Fernandez (2022001902).
12/14/2022  10:27 am  Attempted service at 175 NW 1st Ave., Room 3033, Miami, FL 33128. This is the office of Patricia Gladson. She is not here. I'm told at the reception desk that she will likely be in tomorrow mid morning.
12/16/2022  12:45 pm  Served Cheryl Robinson, as administrative assistant to Patricia Gladson General Counsel, at 175 NW 1st Ave., Room 3033, Miami, FL 33128. Served in this manner per the plaintiff's request.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 135, Hair: Black, Glasses: Y

## RETURN OF SERVICE For 22-CV-23543-RKA

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

*Joseph Onega*
CPS 1861; SPS 1253

Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2022001903