# RETURN OF SERVICE

| Case:<br>22-cv-23543-ALTMAN | Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | County:<br>SOUTHERN DISTRICT OF FLORIDA | Job:<br>8224230 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>MALVIN GARNET | | Defendant / Respondent:<br>YASMIN MORSHEDIAN et al. | FILED BY  KP  D.C.<br><br>**Jan 27, 2023**<br><br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI |
| Received by:<br>One Serve Legal, LLC | | For:<br>Malvin Garnett | |
| To be served upon:<br>Lesie Puzo | | | |

Received by One Serve Legal, LLC on January 5, 2023 at 10:51am to be served on Lesie Puzo at 1175 NE 125th Street #618, Miami, FL 33181.

I, Qaisar Anderson do hereby affirm that on January 24, 2023 at 10:43 am, I:

Substitute served a true copy of the Order In Cases With Multiple Defendants, Amended Complaint For Violation Of Civil Rights, Verified Complaint- Demand For Jury Trial, with the date and hour of service endorsed thereon by me, to: Lesie Puzo at 1175 NE 125th Street #618, Miami, FL 33181 and accepted by Klara Fermin an employee who stated they are authorized to accept and informed said person of the contents therein, in compliance with state statutes F.S. 48.031(1) and 48.081

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the Judicial Circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true. Notary not required pursuant to Florida Statutes 92.525(2).

**Recipient Name / Address:** Klara Fermin at 1175 NE 125th Street #618, Miami, FL 33181
**Manner of Service:** Authorized, January 24, 2023, 10:43 am EST
**Documents:** Order In Cases With Multiple Defendants, Amended Complaint For Violation Of Civil Rights, Verified Complaint- Demand For Jury Trial (Received January 5, 2023 at 10:51am EST)

**Additional Comments:**
1) Successful Attempt: January 24, 2023, 10:43 am EST at 1175 NE 125th Street #618, Miami, FL 33181 received by Klara Fermin. Age: 40's ; Ethnicity: African American; Gender: Female; Height: 5'4"; Hair: Black; Relationship: Authorized employee; Other: reception said she had authorization to accept

_[signature]_   01/25/2023

Qaisar Anderson   Date
2273

One Serve Legal, LLC
32 NE 151 STREET
Miami, Fl 33162
786-527-4165